# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

160696 & (19)(20)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

GERALD ANTHONY-DECELL BYRD,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160696
COA: 350504
Wayne CC: 07-024748-FC

On order of the Court, the motion to file supplemental application is GRANTED. The application for leave to appeal the October 31, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



b1214

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



Clerk